COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | John Ruff and Catherine Loth, Individually and as Next Friends of A.R., a Minor Child v. The University of St. Thomas |
| Appellate case number: | 01-17-00875-CV |
| Trial court case number: | 2016-19616 |
| Trial court: | 190th District Court of Harris County |

Appellants, John Ruff and Catherine Loth, Individually and as Next Friends of A.R., a Minor Child, have filed a "Motion for Extension of Time to File Court Reporter's Record." On December 18, 2017, the Clerk of this Court notified appellants that the court reporter responsible for preparing the reporter's record had informed the Court that appellants had not paid, or made arrangements to pay, for the reporter's record and directed appellants to provide proof that they had paid, or made arrangements to pay, for the reporter's record or are entitled to proceed without payment of costs by January 17, 2018. *See* TEX. R. APP. P. 35.3(b), 37.3(c). By their motion, appellants request an extension to time to February 14, 2018 to make arrangements to pay for the reporter's record. We **grant** the motion.[1] Appellants' deadline to respond to the December 18, 2017 notice is extended to February 14, 2018.

Absent a timely response, the Court may require appellants to file their brief and can consider and decide the appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
         ☑ Acting individually    ☐ Acting for the Court

Date: February 1, 2018

---

1    The court reporter may request an extension to file the reporter's record in this Court. *See* TEX. R. APP. P. 35.3(c).